IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kenneth Wells, ) | Case No. 3:09-2286-PMD |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Defendant has filed with the court on September 26, 2011, a response to plaintiff's Motion for Attorney's Fees Pursuant to the Social Security Act, 42 U.S.C. § 406(b) stating he does not oppose plaintiff's request for attorney's fees . Now therefore upon good cause shown,

**IT IS HEREWITH ORDERED** that plaintiff's attorney is awarded $4,423.75 in attorney's fees.

**AND IT IS SO ORDERED**.

_____
PATRICK MICHAEL DUFFY
United States District Judge

September 26, 2011
Charleston, South Carolina